Jane Gordon
**JANE GORDON LAW**
1004 West Fort Street
Boise, Idaho 83702
Phone: 208-391-4747
Email: Jane@JaneGordonLaw.com

**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JOSH TEWALT, in his official capacity as the Director of the Idaho Department of Corrections; TIM RICHARDSON; in his official and his individual capacity; RANDY VALLEY, in his official and his individual capacity; RONA SIEGERT, in her official and her individual capacity; MHM SERVICES dba CENTURION HEALTH; CENTURION OF IDAHO, LLC; JAMIE AYUSO, an individual; CONNIE SMOCK, an individual; WILLIAM ROGERS, an individual; ASHLEY RINO, an individual; JOHNNY WU, an individual; CHRISTINA JACKSON, an individual; REX UNDERWOOD, an individual; REBECCA BALLARD, an individual; KYLE WAGNER, an individual; CHANDRA KING, an individual, CHRIS JOHNSON, an individual; TERISSA PETERSON, an individual; WENDY ORM, an individual; CODY NIECKO, an individual; BRIAN CROWL, an individual; CRYSTAL WILCOX, an individual; STACEY SCROBE, an individual,<br><br>　　　Defendants. | **Case No.**<br><br>**SUMMONS** |

## SUMMONS IN A CIVIL ACTION

**TO:**　　CHRISTINA JACKSON

**SUMMONS - 1**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorneys,

>Jane Gordon
>**JANE GORDON LAW**
>1004 West Fort Street
>Boise, Idaho 83702
>Phone: 208-391-4747
>Email: Jane@JaneGordonLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

DATE: _____      By:_____
                              Deputy Clerk

SUMMONS - 2