**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**
**STATE OF IDAHO**

Michael J. Elia (ISBN 5044)
Nathan C. Beckman (ISBN 11568)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendant Cody Nieko*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, in his capacity as the Director of the Idaho Department of Corrections; TIM RICHARDSON, in his official and his individual capacity; RANDY VALLEY, in his official and his individual capacity; RONA SIEGERT, in her official and her individual capacity; MHM SERVICES dba CENTURION HEALTH; CENTURION OF IDAHO, LLC; JAMIE AYUSO, an individual; CONNIE SMOCK, an individual; WILLIAM ROGERS, an individual; ASHLEY RINO, an individual; JOHNNY WU, an individual; CHRISTINA JACKSON, an individual; REX UNDERWOOD, an individual; REBECCA BALLARD, an individual; KYLE WAGNER, an individual; CHANDRA KING, an | Case No. 1:25-cv-00048-BLW<br><br>**DEFENDANT NIECKO'S MOTION TO DISMISS** |

**DEFENDANT NIECKO'S MOTION TO DISMISS - 1**

individual; CHRIS JOHNSON, an individual; TERISSA PETERSON, an individual; WENDY ORM, an individual; CODY NIEKO, an individual; BRIAN CROWL, an individual; CRYSTAL WILCOX, an individual; STACEY SCROBE, an individual,

    Defendants.

COMES NOW, Defendant Cody Niecko, by and through his counsel of record, Moore Elia Kraft & Stacey LLP, and pursuant to FRCP 12(b)(6) hereby submits this Motion to Dismiss. Filed contemporaneously is a Memorandum in Support.

DATED this 20th day of June, 2025.

    MOORE ELIA KRAFT & STACEY, LLP

    */s/ Michael J. Elia*
    Michael J. Elia
    Attorneys for Defendants

**DEFENDANT NIECKO'S MOTION TO DISMISS - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2025, I filed the foregoing electronically through the CM/ECF, and served a true and correct copy to the following non-CM/ECF party, by U.S. Mail, postage prepaid:

| | |
|---|---|
| Jane Gordon<br>JANE GORDON LAW<br>1004 west Fort Street<br>Boise, ID 83702<br>(208)391-4747<br><br>*Attorney for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ ECF: Jane@JaneGordonLaw.com |
| Andrew C. Brassey, ISB No. 2128<br>Jason G. Murray, ISB No. 6172<br>Rylee I. Dolven, ISB No. 11544<br>BRASSEY CRAWFORD, PLLC<br>345 Bobwhite Ct., Suite 215<br>Boise, Idaho 83706<br>Telephone: (208) 344-7300<br>Facsimile: (208) 344-7077<br><br>*Attorney for Defendants Ballard, Centurion of Idaho, LLC, Christina Ann Jackson, Christopher Johnson, Chandra King, Wendy Orm, Terissa Peterson, Tim Richardson, Ashley Rino, Wililam Rogers, Stacey Scrobe, Rona Seigert, Connie Smock, Josh Tewalt, Rex Underwood, Randy Valley, Kyle Wagner, Crystal Wilcox, Johnny Wu* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ ECF: acb@brassey.net<br>        jgm@brassey.net |

*/s/ Sara Yerby*
Sara Yerby

**DEFENDANT NIECKO'S MOTION TO DISMISS - 3**