Jane Gordon, ISB No. 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 391-4747
Email: Jane@JaneGordonLaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, in his capacity as director of the Idaho Department of Corrections, et al.,<br><br>Defendants | CASE NO. 1:25-cv-00048-BLW<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

COMES NOW Plaintiff through his respective counsel of record, and hereby seeks leave to file his First Amended Complaint. Plaintiff files this Motion accompanied by a Declaration with a red-lined copy of the First Amended Complaint and a clean copy.

DATED: November 10, 2025.

**JANE GORDON LAW**

*/s/ Jane Gordon*
Jane Gordon
Attorney for Plaintiffs

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** - 1

## CERTIFICATE OF SERVICE

  I hereby certify that on November 10, 2025, I served the foregoing pleading on the following parties via ECF:

Michael J. Elia
Nathan C. Beckman
MOORE ELIA KRAFT & STACEY, LLP
mje@melawfirm.com
ncb@melawfirm.com

Andy Brassey
BRASSEY CRAWFORD, PLLC
acb@brassey.net

                    */s/ Jane Gordon*
                    Jane Gordon