Jane Gordon, ISB No. 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 391-4747
Email: Jane@JaneGordonLaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>     Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, in his capacity as the Director of the Idaho Department of Corrections, et al.,<br><br>     Defendants. | CASE NO. 1:25-cv-00048-BLW<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

COMES NOW the Parties, through their respective counsel of record, and hereby submits this Memorandum in Support of his motion seeking leave to file his First Amended Complaint.

### PROCEDURAL HISTORY

Plaintiff filed a Complaint on January 28, 2025. Defendants filed 12(b)(6) Motions to Dismiss, Plaintiff responded. The Court issued an Order on Defendants' Motions to Dismiss on October 20, 2025, denying them as to Centurion and Defendant Johnson. Dkt. 26. This Court indicated Plaintiff could file for leave to amend within 21 days, which Plaintiff now seeks.

### LEGAL ANALYSIS

An amendment to a pleading must be supported by good cause under Rule 15. *Long Rockwood VII, LLC v. Rockwood Lodge, LLC,* No. 2:14-cv-00318-REB, 2016 U.S. Dist. LEXIS

74279, at *3 (D. Idaho June 7, 2016) citing *Johnson v. Mammoth Recreations*, 975 F.2d 604, 608 (9th Cir. 1992). Federal Rule of Civil Procedure 15(a)(2) provides that, once a responsive pleading has been served, a party may amend its pleading "only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *Id.* The Ninth Circuit recognizes that the Supreme Court has instructed the federal courts to grant leave freely. *DCD Program v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (citing *Gabrielson v. Montgomery Ward & Co.*, 785 F.2d 762, 765 (9th Cir.1986)). The decision to grant leave to amend is within the sound discretion of the district court. *Id.* "In exercising its discretion 'a court must be guided by the underlying purpose of Rule 15—to facilitate decision on the merits rather than on the pleadings or technicalities.'" *Id.* (quoting *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981). The Ninth Circuit has repeatedly instructed that "[R]ule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *DCD Programs, Ltd*. 833 F.2d at 186 (citing *Rosenberg Bros. & Co. v. Arnold-Hoover, Inc.*, 283 F.2d 406 (9th Cir. 1960) (per curiam).

   The Ninth Circuit has also stressed that this "extreme liberality" "in granting leave to amend is not dependent on whether the amendment will add causes of action or parties." *DCD Programs, Ltd.*, 833 F.2d at 186. If a defendant is unable to demonstrate a sufficiently compelling reason to defeat a Rule 15(a) motion, a plaintiff is permitted to file an amended complaint to add new parties and allege new facts. Amendments to complaints should be "'liberally granted where from the underlying facts and circumstances, the plaintiff may be able to state a claim.'" *DCD Programs, Ltd.*, 833 F.2d at 186. (quoting *McCartin v. Norton*, 674 F.2d 1317, 1321 (9th Cir. 1982)).

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 2**

Here, the amended complaint does not add new causes of action or new parties. It simply adds supporting facts to allow Plaintiff to survive a 12(b)(6) challenge and conduct discovery on is claims. This would allow Plaintiff to litigate his claims on the merits of his case. Plaintiff also seeks leave to amend to change Josh Tewalt's name to the current Idaho Department of Corrections

DATED: November 10, 2025.

**JANE GORDON LAW**

*/s/ Jane Gordon*
Jane Gordon
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I served the foregoing pleading on the following parties via ECF:

Michael J. Elia
Nathan C. Beckman
MOORE ELIA KRAFT & STACEY, LLP
mje@melawfirm.com
ncb@melawfirm.com

Andy Brassey
BRASSEY CRAWFORD, PLLC
acb@brassey.net

*/s/ Jane Gordon*
Jane Gordon