RAÚL R. LABRADOR
ATTORNEY GENERAL
STATE OF IDAHO

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Nathan C. Beckman (ISBN 11568)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
nathan@melawfirm.net

*Attorneys for Defendant Cody Niecko*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN<br><br>         Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, in his capacity as the Director of the Idaho Department of Corrections; TIM RICHARDSON, in his official and his individual capacity; RANDY VALLEY, in his official and his individual capacity; RONA SIEGERT, in her official and her individual capacity; MHM SERVICES dba CENTURION HEALTH; CENTURION OF IDAHO, LLC; JAMIE AYUSO, an individual; CONNIE SMOCK, an individual; WILLIAM ROGERS, an individual; ASHLEY RINO, an individual; JOHNNY WU, an individual; CHRISTINA JACKSON, an individual; REX UNDERWOOD, an individual; REBECCA BALLARD, an individual; KYLE WAGNER, an | Case No. 1:25-cv-00048-BLW<br><br>**DEFENDANT NIECKO'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT. 27]** |

**DEFENDANT NIECKO'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT. 27]- 1**

individual; CHANDRA KING, an individual; CHRIS JOHNSON, an individual; TERISSA PETERSON, an individual; WENDY ORM, an individual; CODY NIEKO, an individual; BRIAN CROWL, an individual; CRYSTAL WILCOX, an individual; STACEY SCROBE, an individual,

        Defendants.

COMES NOW, Defendant Cody Niecko, by and through his counsel of record, Moore Elia Kraft & Stacey LLP, and hereby submits this Opposition to Plaintiff's Motion for Leave to File First Amended Complaint as follows:

Defendant Niecko responded to Plaintiff's Complaint with a Motion to Dismiss, based on Plaintiff's failure to state a claim. (Dkt. 16). On October 20, 2025, the Court issued an Order granting Defendant Niecko's Motion in its entirety, stating that Defendant Niecko is "dismissed from the case". (Dkt. 26, P. 9). Importantly, the Court granted the co-Defendants' Motion to Dismiss only in part, and specifically allowed amendment as to the dismissed claims against co-defendants, yet the Court did not state that Plaintiff was permitted to amend his claims against Defendant Niecko. *Id.* at P. 12.

Because the Court's Order did not permit amendment of the claims against Defendant Niecko, Plaintiff's Motion should be denied as to the claims against Defendant Niecko.

DATED this 1st day of December, 2025.

        MOORE ELIA KRAFT & STACEY, LLP

        */s/ Michael J. Elia*
        Michael J. Elia
        Attorneys for Defendants

**DEFENDANT NIECKO'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT. 27]- 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2025, I filed the foregoing electronically through the CM/ECF, and served a true and correct copy to the following non-CM/ECF party, by U.S. Mail, postage prepaid:

| | |
|---|---|
| Jane Gordon<br>JANE GORDON LAW<br>1004 west Fort Street<br>Boise, ID 83702<br>(208)391-4747<br><br>*Attorney for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ ECF: Jane@JaneGordonLaw.com |
| Andrew C. Brassey, ISB No. 2128<br>Jason G. Murray, ISB No. 6172<br>Rylee I. Dolven, ISB No. 11544<br>BRASSEY CRAWFORD, PLLC<br>345 Bobwhite Ct., Suite 215<br>Boise, Idaho 83706<br>Telephone: (208) 344-7300<br>Facsimile: (208) 344-7077<br><br>*Attorney for Defendants Ballard, Centurion of Idaho, LLC, Christina Ann Jackson, Christopher Johnson, Chandra King, Wendy Orm, Terissa Peterson, Tim Richardson, Ashley Rino, Wililam Rogers, Stacey Scrobe, Rona Seigert, Connie Smock, Josh Tewalt, Rex Underwood, Randy Valley, Kyle Wagner, Crystal Wilcox, Johnny Wu* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ ECF: acb@brassey.net<br>       jgm@brassey.net |

/s/ *Tiffanie Laughlin*
Tiffanie Laughlin