Jane Gordon, ISB No. 9243
Jane Gordon Law
1004 West Fort Street
Boise ID 83702
Tel: (208) 391-4747
Email: Jane@JaneGordonLaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURION OF IDAHO, LLC, *et al.* | CASE NO. 1:25-cv-00048-BLW<br><br>PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' DECLARATION AND EXHIBITS [Dkt. 29-1] |

COMES NOW, Plaintiff Bobby Templin, by and through his attorney of record, Jane Gordon of Jane Gordon Law and hereby requests that this Court strike Defendants' Declaration of Counsel and attached medical records. The Court should strike the Declaration and its exhibits because: 1) Documents from outside the pleadings are not reviewed in a Rule 12(b)(6) motion; 2) The medical records are not authenticated; and 3) The medical records are hearsay.

I.   **MATTERS OUTSIDE THE COMPLAINT SHOULD BE EXCLUDED IN EVALUATING A 12(b)(6) MOTION TO DISMISS**

Rule 12(d) When "'matters outside the pleading are presented to and not excluded by the court,' the 12(b)(6) motion converts into a motion for summary judgment under Rule 56. Fed. R. Civ. P. 12(d). Then, both parties must have the opportunity 'to present all the material that is pertinent to the motion.'" *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018) citing *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). The exceptions to that rule are when the Court takes judicial notice of a fact or when the documents must be incorporated by reference. Neither of those exceptions exist here.

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' DECLARATION AND EXHIBITS [Dkt. 29-1] - 1**

## II. DEFENDANTS' DECLARATION AND EXHIBITS ARE INADMISSIBLE BECAUSE THEY ARE NOT AUTHENTICATED AND ARE HEARSAY

Defendants' declaration contains Plaintiff's medical records from Idaho Department of Corrections. These records are unauthenticated documents that contain hearsay evidence. "Generally, only admissible evidence may be considered by the trial court in ruling on a motion for summary judgment." *Wilson v. Berkeley*, No. 92-16586, 1993 U.S. App. LEXIS 13540, at *2 (9th Cir. June 2, 1993). FRE 801 defines hearsay that: "the declarant does not make while testifying at the current trial or hearing; and a party offers in evidence to prove the truth of the matter asserted in the statement." Fed Rules Evid R 801. Hearsay is inadmissible. Fed Rules Evid R 802.

The records attached to Defendants' declaration are inadmissible because they do not comport with FRE 901, which states "the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is." Fed Rules Evid R 901. Certain documents are self-authenticating, but Robert's medical records do not fall into the self-authenticating documents listed in FRE 902. Defendants' counsel cannot testify that the documents are what they claim to be and he is not the records custodian. They must be excluded because they are not self-authenticating and do not comport with FRE 901.

## CONCLUSION

Defendants' Declaration and Exhibits should be stricken because they are not appropriate for consideration in a 12(b)(6) analysis and because they are unauthenticated documents that contain hearsay evidence.

DECEMBER 15, 2025.

/s/ Jane C. Gordon
Jane C. Gordon
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I served the foregoing pleading on the following parties via ECF:

Michael J. Elia
Nathan C. Beckman
MOORE ELIA KRAFT & STACEY, LLP
mje@melawfirm.com
ncb@melawfirm.com

Andy Brassey
BRASSEY CRAWFORD, PLLC
acb@brassey.net

                                      */s/ Jane Gordon*
                                      Jane Gordon