# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TEMPLIN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURION OF IDAHO, LLC, et al.<br>    Defendants. | Case No.  1:25-cv-00048-BLW<br><br>**ORDER FOR PARTIAL DISMISSAL** |

THIS MATTER having come before the Honorable B. Lynn Winmill for consideration upon the Parties' Stipulated Motion for Partial Dismissal, the Court having examined the Stipulation for Partial Dismissal, and being otherwise fully advised thereof and finding good cause therefor, IT IS HEREBY ORDERED, AND THIS DOES ORDER AS FOLLOWS:

Any and all claims asserted in Plaintiff's First Amended Complaint (Dkt. 37-1) against Defendant MHM Services d/b/a Centurion Health only are hereby dismissed, with prejudice, with each party to bear his/its own costs and fees.

DATED: April 27, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER FOR PARTIAL DISMISSAL - 1